DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 506P08-2 | State v. Antwan Terrell Murphy | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Pitt County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as moot |
| 514PA11-2 | State v. Harry Sharod James | 1. Def's Motion for Temporary Stay (COA15-684) | 1. Allowed **05/20/2016** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Def's Notice of Appeal Based Upon a Constitutional Question | 3. — |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. State's Motion to Dismiss Appeal | 5. Allowed |
| | | 6. State's Conditional PDR Under N.C.G.S. § 7A-31 | 6. Allowed |
| 514P13-6 | State v. Raymond Dakim Harris Joiner | Def's *Pro Se* Motion for Notice of Appeal | Dismissed *ex mero motu* |
| 669P03-5 | State v. Tony Robert Jones | Def's *Pro Se* Motion for Rehearing of Motion to Dismiss | Dismissed **Ervin, J., recused** |